IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEJANDRO DEJESUS,<br>Petitioner, | : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| JOHN KERESTES, et al.<br>Respondents, | : <br> : <br> : | NO. 14-4676 |

ORDER

JEFFREY L. SCHMEHL, J.

AND NOW, this 30TH day of JANUARY, 2015, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The petition for Writ of *Habeas Corpus* is DISMISSED with prejudice.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.