IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEJANDRO DEJESUS,  Petitioner, | : : : |
| v. | : : CIVIL ACTION NO. 14-CV-4676 |
| ERIC TICE, *et al.*,  Respondents. | : : : |

## ORDER

**AND NOW**, this 20th day of February, 2020, in consideration of Petitioner Alejandro DeJesus's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 14), Motion for Appointment of Counsel (ECF No. 15), and Motion to Stay Proceedings Relating to Petitioner's Rule 60(b)( Motion (ECF No. 16), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. The Motion for Appointment of Counsel is **DENIED AS MOOT**.

3. The Motion to Stay Proceedings Relating to Petitioner's Rule 60(b) is **DENIED AS MOOT**.

4. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.